U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 7 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 3:04-CR-0081-H (01) |
| v. | ) | 3:05-CV-0317-H |
| | ) | |
| CURTIS WAYNE HAMBRICK, | ) | |
| Defendant. | | |

### ORDER

Before the Court are the Findings, Conclusions and Recommendations of the United States Magistrate Judge, filed May, 12, 2005.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Conclusions of the Magistrate Judge. Having done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court.

SO ORDERED

DATED   June 7, 2005

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS